**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendants,
CITY OF STOCKTON, OFFICER DANIEL VELARDE,
and OFFICER VINCENT MAGANA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN CARTER,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON ; OFFICER MICHAEL STILES, OFFICER DANIEL VELARDE, OFFICER VINCENT MAGANA, and OFFICER OMAR VILLAPUDUA individually and in their capacity as Police Officer's for the City of Stockton; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>              Defendants. | Case No. 2:21-cv-00607-KJM-CKD<br><br>**ORDER ON STIPULATION TO FILE RESPONSIVE PLEADING** |

# ORDER

Good cause appearing and based on the parties' stipulation, the defendants CITY OF STOCKTON, OFFICER VINCENT MAGANA, and OFFICER DANIEL VELARDE'S request for an extension to respond to the complaint is GRANTED.

Defendants CITY OF STOCKTON, OFFICER VINCENT MAGANA, and OFFICER DANIEL VELARDE shall file their responses to the complaint on or before May 24, 2021.

IT IS SO ORDERED.

DATED: May 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE