| | |
|---|---|
| John L. Burris, Esq. (SBN: 69888)<br>Benjamin Nisenbaum, Esq. (SBN: 222173)<br>James Cook, Esq. (SBN: 300212)<br>**LAW OFFICES OF JOHN L. BURRIS**<br>Airport Corporate Centre<br>7677 Oakport St., Suite 1120<br>Oakland, CA  94621<br>Telephone: (510) 839-5200<br>Fax: (510) 839-3882<br><br>Attorneys for Plaintiff,<br>DEVIN CARTER | **MAYALL HURLEY, P.C.**<br>A Professional Corporation<br>2453 Grand Canal Boulevard<br>Stockton, CA  95207-8253<br>Telephone: (209) 477-3833<br>MARK E. BERRY, ESQ.<br>CA State Bar No. 155091<br><br>Attorneys for Defendants,<br>CITY OF STOCKTON, OFFICER<br>DANIEL VELARDE, and OFFICER<br>VINCENT MAGANA |
| Charles Bolcom, Esq. (SBN: 193762)<br>Moris Davidovitz, Esq. (SBN: 70581)<br>Alan Law, Esq. (SBN: 268334)<br>**COOPER & SCULLY, P.C.**<br>505 Sansome St., Suite 1550<br>San Francisco, CA  94111<br>Telephone: (415) 956-9700<br><br>Attorneys for Defendant,<br>OFFICER MICHAEL STILES | Dana A. Suntag, Esq. (SBN: 125127)<br>Joshua J. Stevens, Esq. (SBN: 238105)<br>**HERUM CRABTREE SUNTAG**<br>A California Professional Corporation<br>5757 Pacific Ave., Suite 222<br>Stockton, CA  95207<br>Telephone: (209) 472-7700<br><br>Attorneys for Defendant,<br>OMAR VILLAPUDUA |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN CARTER,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON ; OFFICER MICHAEL STILES, OFFICER DANIEL VELARDE, OFFICER VINCENT MAGANA, and OFFICER OMAR VILLAPUDUA individually and in their capacity as Police Officer's for the City of Stockton; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>            Defendants. | Case No. 2:21-cv-00607-KJM-CKD<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR PROTECTIVE ORDER |

---

Page 1
[~~PROPOSED~~] ORDER ON STIPULATION FOR PROTECTIVE ORDER

# **ORDER**

The Court, having considered the parties' STIPULATION FOR PROTECTIVE ORDER, and good cause appearing therefore, hereby approves the protective order as stipulated.

Dated: July 30, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.cart0607.stip.po