UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devin Carter, | No. 2:21-cv-00607-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| City of Stockton, et al., | |
| Defendants. | |

The parties request a referral to Judge Newman for a settlement conference. Stipulation, ECF No. 26. The court's current practice is to send matters to the assigned magistrate judge for settlement conference if the parties waive the conflict, or otherwise randomly assign a magistrate judge. As Judge Newman is not assigned to this matter, the court **denies the parties' request**. The parties shall notify the court within 7 days whether they will submit to a settlement conference before Judge Delaney, who is the assigned magistrate judge, or a randomly assigned judge.

IT IS SO ORDERED.

DATED: March 31, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1