UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devin Carter, | No. 2:21-cv-00607-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| City of Stockton, et al., | |
| Defendants. | |

The parties request a referral to Judge Newman for a settlement conference. Stipulation, ECF No. 26. In a previous order, the court denied the request. Order, ECF No. 27. Upon reconsideration, the court **vacates its previous order, ECF No. 27**, and **grants the request**, ECF No. 26. The matter is referred to Magistrate Judge Kendall J. Newman for a settlement conference, to be set at his convenience.

IT IS SO ORDERED.

DATED: April 6, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1