UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN CARTER,<br><br>                  Plaintiff,<br><br>    vs.<br><br>CITY OF STOCKTON; OFFICER MICHAEL STILES, OFFICER DANIEL VELARDE, OFFICER VINCENT MAGANA, and OFFICER OMAR VILLAPUDUA individually and in their capacity as Police Officer's for the CITY OF STOCKTON; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>                  Defendants. | CASE NO.: 2:21-cv-00607-KJM-CKD<br><br>**ORDER ON STIPULATION FOR AMENDMENT OF SCHEDULING ORDER**<br>**[ECF 21]** |

Having reviewed the stipulation of the parties and finding good cause, the court herein amends its scheduling order as follows:

| ACTIVITY | ORIGINAL DATE | NEW DATE |
|---|---|---|
| Mid-Litigation Status Conference | November 17, 2022 | January 16. 2023 |
| Fact Discovery Completion | January 12, 2023 | April 12, 2023 |
| Expert Disclosures | February 17, 2023 | May 18, 2023 |
| Rebuttal Expert Witnesses Exchange | May 19, 2023 | August 17, 2023 |
| Expert Discovery Closure | July 7, 2023 | October 5, 2023 |

ORDER ON STIPULATION FOR AMENDMENT OF SCHEDULING ORDER [ECF 21]
DEVIN CARTER v. CITY OF STOCKTON, et al., 2:21-cv-00607-KJM-CKD

1

| Dispositive Motions to be heard by | October 13, 2023 | January 19, 2024 |

IT IS SO ORDERED.

DATE: October 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION FOR AMENDMENT OF SCHEDULING ORDER [ECF 21]
DEVIN CARTER v. CITY OF STOCKTON, et al., 2:21-cv-00607-KJM-CKD

2